IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                        Nos.   1:16-cv-00356 RB/SCY
                                                      2:02-cr-01104 RB

**RICHARD VALENCIANO,**

    Defendant.

## O R D E R

**THIS MATTER** came before the Court on Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. Therein, Defendant asserts that the Supreme Court's invalidation of the residual clause of the Armed Career Criminal Act of 1984, 18 U.S.C. § 924(e)(2)(B) (ACCA) renders his sentence in excess of the statutory maximum. *See Johnson v. United States*, 135 S. Ct. 2551 (2015). Defendant requests that he be resentenced to a time-served sentence. On June 2, 2016, the Government filed a response stating that it does not oppose the motion. The Court will grant the motion as unopposed and set a resentencing hearing as the calendar of the Court permits.

    **IT IS SO ORDERED.**

                                                          _____
                                                          **ROBERT C. BRACK**
                                                          **UNITED STATES DISTRICT JUDGE**